UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE GRANT, et al.,

    Plaintiffs,

CASE NO. 1:21-cv-985

v.

HON. ROBERT J. JONKER

GRETCHEN WHITMER, et al.,

    Defendants.

_____/

## **ORDER**

On November 20, 2021, Plaintiffs filed a Complaint which listed the full names of minors as party plaintiffs contrary to the redaction requirement of Fed.R.Civ.P. 5.2(a). Plaintiffs did file what has been docketed as Amended Complaints (ECF Nos. 2, 3, 5) which identify the minors with initials on the caption, but still lists their full names in the body of the complaints.

The Clerk of the Court shall place the complaints (ECF Nos. 1, 2, 3, 5) under restricted access. The Plaintiffs shall re-file the complaint in accordance with Fed.R.Civ.P. 5.2(a).

**IT IS SO ORDERED**.

Dated:   November 24, 2021            /s/ Robert J. Jonker
                                                               ROBERT J. JONKER
                                                               CHIEF UNITED STATES DISTRICT JUDGE