UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE GRANT, et al.,

      Plaintiffs,                      Case No. 1:21–cv–985

v.                                    Hon. Janet T. Neff

GRETCHEN WHITMER, et al.,

      Defendants.
_____/

**ORDER**

      On November 20, 2021, Plaintiffs filed a Complaint which listed the full names of minors as party plaintiffs contrary to the redaction requirement of Fed.R.Civ.P. 5.2(a). Plaintiffs also filed what have been docketed as Amended Complaints (ECF Nos. 2, 3, 5) which identified the minors with initials on the caption, but still listed their full names in the body of the complaints. On November 24, 2021, the Court issued an order directing the Clerk of the Court to place the complaints (ECF Nos. 1, 2, 3, 5) under restricted access and requiring Plaintiffs to refile the complaint in accordance with Fed.R.Civ.P. 5.2(a) (ECF No. 6). Later that same day, Plaintiffs filed what has been docketed as an Amended Complaint (ECF No. 21). The Amended Complaint (ECF No. 21) still lists the minors' names in the body of the complaint. The Clerk of the Court shall place the Amended Complaint (ECF No. 21) under restricted access. Plaintiffs shall refile the complaint in accordance with Fed.R.Civ.P. 5.2(a).

      IT IS SO ORDERED.

Dated:  November 29, 2021                        /s/ Janet T. Neff
                                                               JANET T. NEFF
                                                               United States District Judge