UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE GRANT, et al.,

    Plaintiffs,

v.

GRETCHEN WHITMER, et al.,

    Defendants.

_____/

Case No. 1:21-cv-985

HON. JANET T. NEFF

## **ORDER**

On November 24, 2021, the Court issued an order, in relevant part, requiring Plaintiffs to refile the complaint in accordance with Fed.R.Civ.P. 5.2(a) (ECF No. 6). Although Plaintiffs filed another complaint (ECF No. 21), the complaint failed to comply with the Court's order requiring redaction. On November 29, 2021, the Court issued another order requiring Plaintiffs to refile the complaint in accordance with Fed.R.Civ.P. 5.2(a) (ECF No. 23). That same day, Plaintiffs filed another complaint (ECF No. 24). The most recent complaint again fails to comply with Fed.R.Civ.P. 5.2(a) and the Court's orders. The Court will provide Plaintiffs another opportunity to comply with the earlier directives from the Court. Plaintiffs are placed on notice that failure to comply with the specific directives and orders of this Court in their entirety may result in sanctions against Plaintiffs, including dismissal of this action with or without prejudice. *See* Fed. R. Civ. P. 41(b); *see also*, W.D. Mich. LCivR 41.1. Accordingly:

**IT IS HEREBY ORDERED** that Plaintiffs shall, not later than December 8, 2021, refile the complaint in accordance with Fed.R.Civ.P. 5.2(a).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall place the most recent complaint (ECF No. 24) under restricted access.

Dated: December 1, 2021

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge