UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE GRANT, et al.,

    Plaintiffs,

v.

GRETCHEN WHITMER, et al.,

    Defendants.
_____/

Case No. 1:21-cv-985

HON. JANET T. NEFF

**ORDER**

In response to the Court's Order of December 1, 2021 (ECF No. 25), Plaintiffs submitted an amended and corrected Complaint: "Plaintiffs' Class Action Complaint, Request for Equitable Relief, and Damages" (ECF No. 27). Having reviewed this Complaint for compliance with FED. R. CIV. P. 5.2(a):

**IT IS HEREBY ORDERED** that the Court will treat Plaintiffs' Complaint (ECF No. 27) as the operative complaint in this action.

Dated: December 7, 2021

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge