UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE GRANT, et al.,

      Plaintiffs,

                                       Case No. 1:21-cv-985

v.

                                       HON. JANET T. NEFF

CITY OF BENTON HARBOR, et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

This Court having sent to counsel for Plaintiffs a Notice of Impending Dismissal (ECF No. 30) and having heard no response:

NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter is hereby **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated: February 27, 2022               /s/ Janet T. Neff_____
                                      JANET T. NEFF
                                      United States District Judge